# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
David A. and Evlynne Householder

## DEFENDANTS
Gerard Streett and Sudanos Produce, LLC

**(b)** County of Residence of First Listed Plaintiff: **Los Angeles**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
BMZ Law, P.C.       Stephen S. Snook, Esq.
20 S. Wayne Street
Lewistown, PA 17044    (717) 242-3400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 28 U.S.C Section 1332 (Diversity)

Brief description of cause:
Plaintiff was rear ended by driver, Gerard Streett, employee of Sudanos Produce, in the scope of his employment.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 1/25/19
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

# THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. HOUSEHOLDER and EVLYNNE HOUSEHOLDER, husband and wife<br>4174 Commonwealth Avenue<br>Culver City. CA 90232<br>Plaintiffs<br><br>vs.<br><br>GERARD A. STREETT<br>4351 Norrisville Road<br>Apartment 5<br>White Hall, MD 21161-9305<br><br>and<br><br>SUDANOS PRODUCE LLC, a Maryland Corporation having its principle business Address as 7460 Conowingo Avenue, Unit 16-28 Jessup, MD 20794<br><br>Defendants | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | No.<br><br>TYPE OF PLEADING:<br>**COMPLAINT**<br><br>TYPE OF CASE: **CIVIL**<br><br>FILED ON BEHALF OF:<br>**PLAINTIFFS**<br><br><br><br><br><br>COUNSEL OF RECORD FOR THIS PARTY:<br><br>STEPHEN S. SNOOK, ESQUIRE<br>I.D. NO. 37077<br>BMZ LAW, P.C.<br>20 S. WAYNE STREET<br>LEWISTOWN, PA 17044<br>(717) 242-3400 |

# THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. HOUSEHOLDER and EVLYNNE HOUSEHOLDER, husband and wife<br>4174 Commonwealth Avenue<br>Culver City. CA 90232<br>   Plaintiffs<br><br>vs.<br><br>GERARD A. STREETT<br>4351 Norrisville Road<br>Apartment 5<br>White Hall, MD 21161-9305<br><br>and<br><br>SUDANOS PRODUCE LLC, a Maryland Corporation having its principle business Address as 7460 Conowingo Avenue, Unit 16-28 Jessup, MD 20794<br><br>   Defendants | No.<br><br><br><br>TYPE OF PLEADING:<br>**COMPLAINT**<br><br>TYPE OF CASE: **CIVIL**<br><br>FILED ON BEHALF OF:<br>**PLAINTIFFS** |

## COMPLAINT

AND NOW, come the Plaintiffs, David A. Householder and Evlynne Householder, husband and wife, by and through their attorney, Stephen S. Snook, Esquire, of BMZ Law, P.C., and files the following Complaint, the following of which is a statement thereof:

## GENERAL AVERMENTS

1. Plaintiffs, David A. Householder and Evlynne Householder, are married adults presently residing at 4174 Commonwealth Avenue, Culver City, California 90232.

2. Defendant, Gerard A. Streett, is an adult citizen residing at 4351 Norrisville Road Apartment 5, White Hall, MD 21161-9305.

3. Defendant, Sudanos Produce LLC, is a Maryland corporation whose home office is located at 7460 Conowingo Avenue, Unit 16-28, Jessup, Maryland 20794.

4. At all times relevant hereto, Defendant, Sudanos Produce LLC, is a Maryland business corporation and was in the business of delivering produce.

5. At all times material hereto, Defendant, Sudanos Produce LLC, was trading and doing business in the State of Pennsylvania.

6. On or about January 30, 2017 at or about 12:52 p.m. as Plaintiffs were stopped for traffic on US Route 322 East approximately .5 miles West of the intersection of said Route and PA 443, in their rented 2016 Nissan automobile, and were struck from behind by a 2005 Freightliner truck model number M2 112 bearing VIN number 1FUJC5CV45HN71928 bearing Maryland license plate registration 763F15, then and there operated by Defendant, Gerard A. Streett, as set forth above.

7. Plaintiff, David A. Householder, sustained serious, painful and perhaps permanent injuries as a result of the aforesaid collision more particularly described here and after.

## COUNT I – PLAINTIFF, DAVID A HOUSEHOLDER, V. GERARD A. STREETT NEGLIGENCE

8. Plaintiffs hereby incorporate by reference all averments contained in the preceding paragraphs, as though the same were fully and severally set forth at length herein.

9. The injuries and damages to Plaintiff David A. Householder were the direct, proximate and foreseeable result of the negligence, carelessness or recklessness of Defendant, Gerard A. Streett, at all times material hereto an agent, servant and or employee of Defendant Sudanos Produce LLC, acting within the scope of his aforesaid employment, including the following:

    a. in negligently and improperly following too closely;

    b. in driving at a speed that was too great to allow him to stop within the assured clear distance ahead;

    c. in failing to pay attention to the traffic in front of him at the point and place aforesaid;

    d. in failing to observe and stop safely behind the line of cars directly in front of his vehicle.

10. As a result of the negligence, carelessness and recklessness of Defendant, Gerard A. Streett as set forth above, Plaintiff, David A. Householder, has suffered damages as set forth herein.

11. Plaintiff, David A. Householder, has suffered painful, severe and permanent injuries which including but not limited to severe back pain radiating down through both legs and feet caused by new disc injuries and/or the aggravation of a prior spinal fusion.

12. By reason of the aforesaid injuries sustained by Plaintiff, David A. Householder, he was forced to incur liability for medical treatments, medication, hospitalizations and similar miscellaneous expenses in an effort to restore himself to health, and claim is made therefor.

13. Because of the nature of his injuries, Plaintiff, David A. Householder, has been advised, and therefor avers that he may be forced to incur similar expenses in the future, and claim is made therefor.

14. As a result of the aforementioned injuries, Plaintiff, David A. Householder, has undergone, and in the future will undergo, great physical and mental suffering, great inconvenience in carrying out his daily activities, loss of life's pleasures and enjoyment, and claim is made therefor.

15. As a result of the aforementioned injuries, Plaintiff, David A. Householder, has been, and in the future will be, subject to great humiliation and embarrassment, and claim is made therefor.

16. As a result of the aforementioned injuries, Plaintiff, David A. Householder, has sustained work loss, loss of opportunity and a permanent diminution of his earning power and capacity, and claim is made therefor.

17. As a result of the aforementioned injuries, Plaintiff, David A. Householder, has sustained uncompensated work loss, and claim is made therefor.

18. Plaintiff, David A. Householder, continues to be plagued by persistent pain and limitation and therefor avers that his injuries may be of a permanent nature, causing residual problems for the remainder of his lifetime, and claim is made therefor.

**WHEREFORE,** Plaintiff, David A. Householder, demands damages against Defendant Gerard A. Streett in an amount in excess of $75,000, plus costs of suit awarded and interest.

## COUNT II – PLAINTIFF, DAVID A. HOUSEHOLDER, V. SUDANOS PRODUCE LLC RESPONDEAT SUPERIOR

19. Plaintiffs hereby incorporate by reference all averments contained in the preceding paragraphs, as though the same were fully and severally set forth at length herein.

20. At all times material hereto, Defendant, Sudanos Produce LLC, was the principle, master and/or employer of Defendant, Gerard A. Streett, the agent, servant, and/or employee, and

said Defendant Streett was at all times material hereto acting within the scope of such agency, servancy, and/or employment.

**WHEREFORE,** Plaintiff, David A. Householder, demands damages against Defendant

Sudanos Produce LLC in an amount in excess of $75,000, plus costs of suit awarded and interest.

## COUNT III – PLAINTIFF, EVLYNNE HOUSEHOLDER, V. GERARD A. STREETT
## LOSS OF CONSORTIUM

21. Plaintiffs hereby incorporate by reference all averments contained in the preceding paragraphs, as though the same were fully and severally set forth at length herein.

22. As a result of the aforementioned injuries sustained by her husband, Plaintiff, Evlynne Householder has been, and may in the future be, deprived of the care, companionship, consortium and society of her husband, all of which will be to her great detriment, and claim is made therefor.

**WHEREFORE,** Plaintiff, Evlynne Householder, demands damages against Defendant, Gerard A. Streett, in an amount in excess of $75,000, plus costs of suit awarded and interest.

## COUNT IV – PLAINTIFF, EVLYNNE HOUSEHOLDER V. SUDANOS PRODUCE LLC
## LOSS OF CONSORTIUM

23. Plaintiffs hereby incorporate by reference all averments contained in the preceding paragraphs, as though the same were fully and severally set forth at length herein.

24. As a result of the aforementioned injuries sustained by her husband, Plaintiff, Evlynne Householder, has been, and may in the future be, deprived of the care, companionship, consortium and society of her husband, all of which will be to her great detriment, and claim is made therefor.

**WHEREFORE,** Plaintiff, Evlynne Householder, demands damages against Defendant, Bergstrom, Inc. in an amount in excess of $75,000, plus costs of suit awarded and interest.

                                                BMZ LAW, P.C.

                                                By: _____
                                                Stephen S. Snook, Esquire
                                                Attorney for Plaintiffs
                                                20 S. Wayne Street
                                                Lewistown, PA 17044
                                                (717) 242-3400
                                                Supreme Court I.D. 37077

DATED: 1/25/19

## VERIFICATION

We hereby affirm that the following facts are true and correct:

We are the Plaintiffs in the foregoing action; the attached Complaint is based upon information which has been furnished to counsel and information which has been gathered by counsel in the preparation of the prosecution of this lawsuit. The language of the Complaint is that of counsel and not of us. We have read the Complaint and to the extent that the same is based upon information which we have given to counsel, it is true and correct to the best of our knowledge, information and belief. To the extent that the content of the Complaint is that of counsel, we have relied upon counsel in making this verification. We hereby acknowledge that the facts set forth in the Complaint are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

_____
David A. Householder

_____
Evlynne Householder

DATED: 1/25/19