# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. HOUSEHOLDER, and<br>EVLYNNE HOUSEHOLDER,<br><br>Plaintiffs,<br><br>v.<br><br>GERARD A. STREETT, and<br>SUDANOS PRODUCE LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:19-CV-00143<br><br><br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of February, 2020, the court having been notified that the above action has settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice; **IT IS FURTHER ORDERED** that the parties may be granted leave to reinstate the action if the settlement is not consummated within sixty (60) days upon good cause shown.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania